IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:97CR3014 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| YOSHA BROWN, | ) | |
| | ) | |
| Defendant. | ) | |

　　　　IT IS ORDERED that the defendant's motion to serve federal sentence prior to serving second state sentence (filing 68) is denied.

　　　　October 4, 2007.　　　　　　　　BY THE COURT:


　　　　　　　　　　　　　　　　　　　　s/ *Richard G. Kopf*
　　　　　　　　　　　　　　　　　　　　United States District Judge